UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<small>NDREW</small> J. P<small>HILLIPS</small>-A<small>DDIS</small>,
#420015,

    Plaintiff,

v.

N<small>OAH</small> B<small>OTTRELL</small>, et al.,

    Defendants.

_____/

Hon. Janet T. Neff

Case No. 1:20-cv-620

**<u>ORDER DIRECTING THE MICHIGAN DEPARTMENT OF CORRECTIONS
TO PROVIDE CERTAIN INFORMATION</u>**

It appears that defendant Noah Bottrell is a former employee of the Michigan Department of Corrections who can no longer be found at the work address provided by plaintiff.  Therefore, the Michigan Department of Corrections is directed to furnish the U.S. Marshals Service with defendant's last-known address.  The information must be sent to: Civil Process Clerk, U.S. Marshals Service, 110 Michigan St., N.W., Room 544, Grand Rapids, Michigan 49503.  The information may be used only for purposes of effectuating service (or for proof of service, should a dispute arise).  Any documentation of the address will be retained only by the U.S. Marshals Service.  Address information will not be maintained in the court file or disclosed by the U.S. Marshals Service except as directed by court order.

2

The U.S. Marshals Service is authorized to mail a request for waiver of service to defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Date:  March 10, 2021  /s/ Ray Kent
ns  RAY KENT
U.S. Magistrate Judge